## School District of Ackley *v.* Hall.

A writ of error will not be dismissed for want of jurisdiction by reason of a failure to annex thereto or return therewith an assignment of errors, pursuant to the requirements of sect. 997 Rev. Stat.

Motion to dismiss a writ of error to the Circuit Court of the United States for the District of Iowa, with which is united a motion to affirm.

*Mr. Walter H. Smith* and *Mr. Alexander T. Britton* in support of the motions.

*Mr. Galusha Parsons, contra.*

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

A failure to annex to or return with a writ of error an assignment of errors, as required by sect. 997 of the Revised Statutes, is no ground for dismissal for want of jurisdiction. If an assignment is filed in accordance with the requirements of par. 4, Rule 21, it will ordinarily be enough.

There is not in this case such a color of right to a dismissal as to make it proper for us to consider the motion to affirm. *Whitney* v. *Cook*, 99 U. S. 607.

*Motions denied.*